IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL LEON WILLIAMS,

    Petitioner,                    3:13-cv-00334-HDM-WGC

  vs.                                ORDER

RENEE BAKER, WARDEN, *et al.*,

    Respondents.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 25th day of June, 2013.

                                         *Howard D. McKibben*
                                         _____
                                         UNITED STATES DISTRICT JUDGE