# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL LEON WILLIAMS,

    Petitioner,

v.

RENEE BAKER et al.,

    Respondents.

3:13-cv-334-RCJ-WGC

**ORDER**

## I. DISCUSSION

On November 20, 2014, Petitioner filed a motion to find moot his motion for a ten day enlargement of time to file a reply. (ECF No. 40). The Court grants this motion and finds his motion for an enlargement of time moot.

On November 24, 2014, Petitioner filed a motion to clarify mailing discrepancies and for the Court to accept his reply. (ECF No. 41). The Court grants this motion and acknowledges the filing of Plaintiff's reply to answer (ECF No. 39).

On December 2, 2014, Plaintiff filed a motion for an order directing the court clerk to return a file-stamped copy of his reply to answer filed on November 20, 2014. (ECF No. 42). The Court grants Plaintiff's motion and directs the Clerk of the Court to send Plaintiff a copy of his reply to answer (ECF No. 39).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to find the motion for enlargement of time moot (ECF No. 40) is granted.

IT IS FURTHER ORDERED that the motion to clarify mailing discrepancies (ECF No. 41) is granted.

IT IS FURTHER ORDERED that the motion to have the court clerk send a file-stamped

copy of Petitioner's reply to answer (ECF No. 42) is granted.

    IT IS FURTHER ORDERED that the Clerk of the Court shall send Petitioner a copy of his reply to answer (ECF No. 39).

Dated: June 1, 2015.

```
_____
United States District Judge
```